UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: CHRISTENSEN, DANIEL J | § Case No. 08-11912 |
| | § |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 02:00pm on 01/06/2012 in Courtroom B, Lake County Courthouse,
Park City Branch Court
301 Greenleaf Avenue
Park City, Il 60085-5725.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  11/25/2011          By:  /s/JOHN E. GIERUM
                                                           Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: CHRISTENSEN, DANIEL J | § | Case No. 08-11912 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $   13,354.83 |
| *and approved disbursements of* | $   142.78 |
| *leaving a balance on hand of* [1] | $   13,212.05 |

**Balance on hand:**    $    13,212.05

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    13,212.05

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 2,085.47 | 0.00 | 2,085.47 |

Total to be paid for chapter 7 administration expenses:    $    2,085.47
Remaining balance:    $    11,126.58

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $    0.00
Remaining balance:    $    11,126.58

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 11,126.58 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 53,421.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 2,784.73 | 0.00 | 581.37 |
| 2 | US BANK/RETAIL PAYMENT SOLUTIONS | 9,282.19 | 0.00 | 1,937.82 |
| 3 -2 | CHASE BANK USA, NA | 1,904.78 | 0.00 | 397.66 |
| 4 -2 | CHASE BANK USA, NA | 1,400.90 | 0.00 | 292.46 |
| 5 | Advanta Bank Corp | 5,681.30 | 0.00 | 1,186.07 |
| 6 | American Express Centurion Bank | 6,696.73 | 0.00 | 1,398.06 |
| 7 | American Express Bank FSB | 10,590.54 | 0.00 | 2,210.96 |
| 8 | American Express Bank FSB | 716.96 | 0.00 | 149.68 |
| 9 | PYOD LLC its successors and assigns as assignee of | 4,857.81 | 0.00 | 1,014.15 |
| 10 | LVNV Funding LLC | 1,001.42 | 0.00 | 209.06 |
| 11 | LVNV Funding LLC | 1,082.75 | 0.00 | 226.04 |
| 12 | eCAST Settlement Corporation | 744.67 | 0.00 | 155.46 |
| 13 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 6,677.14 | 0.00 | 1,393.97 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 11,152.76 |
| Remaining balance: | $ | -26.18 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ -26.18

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ -26.18

Prepared By: /s/JOHN E. GIERUM
Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 08-11912-ABG
Daniel J Christensen                                                    Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams           Page 1 of 3           Date Rcvd: Nov 29, 2011
                              Form ID: pdf006           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2011.
db         +Daniel J Christensen,   506 Lakeland Road,   Fox Lake, IL 60020-1911
aty        +William J Mantas,   Gierum & Mantas,   9700 W. Higgins Rd.,,   Suite 1015,
             Rosemont, IL 60018-4712
12408056    Advanta Bank Corp,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12224205   +American Express,   Bankruptcy Department,   Box 0001,   Los Angeles, CA 90096-8000
12435592    American Express Bank FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12435591    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12224216    BP/Citibank,   Bankruptcy Department,   PO Box 6003,   Hagerstown, MD 21747
12401603   +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
14349696    CHASE BANK USA, NA,   PO BOX 15145,   WILMINGTON, DE  19850-5145
12224212   +Capital One,   Bankruptcy Dept.,   1957 Westmoreland Road,   Richmond, VA 23276-0001
12224211   +Chase,   Bankruptcy Department,   PO Box 15153,   Wilmington, DE 19886-5153
12224208   +Citicards Private Label,   Bankruptcy Department,   PO Box 20483,   Kansas City, MO 64195-0483
12224221   +Citizens Auto Finance,   Bankruptcy Department,   PO Box 42115,   Providence, RI 02940-2115
12563839    HSBC Bank Nevada and its Assigns,   by eCAST Settlement Corporation,   as its agent,   POB 35480,
             Newark NJ 07193-5480
12224217    Menards/Household Bank,   Attn: Bankruptcy Department,   PO Box 17602,   Baltimore, MD 21297-1602
12224215    Orchard Bank,   Attn: Bankruptcy Dept.,   941 Corporate Center Dr.,   Pomona, CA 91768-2642
12224209   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court: US Bank NA,   Bankruptcy/Recovery Dept.,   PO Box 5229,
             Cincinnati, OH 45201)
12382670   +US BANK/RETAIL PAYMENT SOLUTIONS,   PO BOX 5229,   CINCINNATI, OH 45201-5229
15530203    eCAST Settlement Corporation,   POB 35480,   Newark, NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12224213    E-mail/Text: bkr@cardworks.com Nov 30 2011 03:14:09    Advanta Bank,   Bankruptcy Department,
             PO Box 8088,   Philadelphia, PA 19101
12224210    E-mail/PDF: mrdiscen@discoverfinancial.com Nov 30 2011 04:54:34    Discover Card,
             Bankruptcy Department,   PO Box 30395,   Salt Lake City, UT 84130
12352025    E-mail/PDF: mrdiscen@discoverfinancial.com Nov 30 2011 04:54:34
             Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
12587673   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 30 2011 04:54:10
             FIA CARD SERVICES, N.A./BANK OF AMERICA,   by American InfoSource L.P. as its agent,
             4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
12489022    E-mail/Text: resurgentbknotifications@resurgent.com Nov 30 2011 03:10:46    LVNV Funding LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
12478071    E-mail/Text: resurgentbknotifications@resurgent.com Nov 30 2011 03:10:46
             PYOD LLC its successors and assigns as assignee of,   Citibank,   Resurgent Capital Services,
             PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Gierum & Mantas
12224206*   +American Express,   Bankruptcy Department,   Box 0001,   Los Angeles, CA 90096-8000
12224207*   +American Express,   Bankruptcy Department,   Box 0001,   Los Angeles, CA 90096-8000
12435593*    American Express Bank FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12224220*   +Capital One,   Bankruptcy Dept.,   1957 Westmoreland Road,   Richmond, VA 23276-0001
12224214   ##+Bank of America,   Attn: Bankruptcy Dept.,   PO Box 15168,   Wilmington, DE 19850-5168
12224219   ##+Washington Mutual Bank,   Bankruptcy Department,   PO Box 78065,   Phoenix, AZ 85062-8065
12224218   ##+Washington Mutual Bank,   Bankruptcy Department,   PO Box 99604,   Arlington, TX 76096-9604
                                                                                   TOTALS: 1, * 4, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: dwilliams              Page 2 of 3                Date Rcvd: Nov 29, 2011
                               Form ID: pdf006              Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 01, 2011**                          **Signature:**      *Joseph Speetjens*

```
District/off: 0752-1          User: dwilliams            Page 3 of 3            Date Rcvd: Nov 29, 2011
                              Form ID: pdf006            Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2011 at the address(es) listed below:
          John E Gierum    on behalf of Trustee John Gierum jgierum@7trustee.net,
           joanne@gierummantas.com;karen@gierummantas.com
          John E Gierum    jgierum@7trustee.net, IL25@ecfcbis.com
          Nathan E Curtis    on behalf of Debtor Daniel Christensen ndil@geracilaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                     TOTAL: 4