# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: CHRISTENSEN, DANIEL J | § Case No. 08-11912 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $83,112.50
*(without deducting any secured claims)*

Assets Exempt: $22,350.00

Total Distribution to Claimants: $11,070.77

Claims Discharged
Without Payment: $42,351.15

Total Expenses of Administration: $2,284.29

---

3) Total gross receipts of $   13,355.06   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $13,355.06 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,284.29 | 2,284.29 | 2,284.29 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 53,421.92 | 53,421.92 | 11,070.77 |
| **TOTAL DISBURSEMENTS** | $0.00 | $55,706.21 | $55,706.21 | $13,355.06 |

4) This case was originally filed under Chapter 7 on May 09, 2008. The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/09/2012          By: /s/JOHN E. GIERUM
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| National City checking   (s) | 1129-000 | 13,332.32 |
| Interest Income | 1270-000 | 22.74 |
| **TOTAL GROSS RECEIPTS** | | **$13,355.06** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 2,085.47 | 2,085.47 | 2,085.47 |
| JOHN E. GIERUM | 2200-000 | N/A | 33.62 | 33.62 | 33.62 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.55 | 25.55 | 25.55 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.97 | 30.97 | 30.97 |
| The Bank of New York Mellon | 2600-000 | N/A | -0.91 | -0.91 | -0.91 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | | 27.26 | 27.26 | 27.26 |
| The Bank of New York Mellon | 2600-000 | N/A | | 26.29 | 26.29 | 26.29 |
| The Bank of New York Mellon | 2600-000 | N/A | | 28.96 | 28.96 | 28.96 |
| The Bank of New York Mellon | 2600-000 | N/A | | 27.08 | 27.08 | 27.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $2,284.29 | $2,284.29 | $2,284.29 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 7100-000 | N/A | 2,784.73 | 2,784.73 | 577.09 |
| 2 | US BANK/RETAIL PAYMENT SOLUTIONS | 7100-000 | N/A | 9,282.19 | 9,282.19 | 1,923.57 |
| 3 -2 | CHASE BANK USA, NA | 7100-000 | N/A | 1,904.78 | 1,904.78 | 394.73 |
| 4 -2 | CHASE BANK USA, NA | 7100-000 | N/A | 1,400.90 | 1,400.90 | 290.31 |
| 5 | Advanta Bank Corp | 7100-000 | N/A | 5,681.30 | 5,681.30 | 1,177.35 |
| 6 | American Express Centurion Bank | 7100-000 | N/A | 6,696.73 | 6,696.73 | 1,387.78 |
| 7 | American Express Bank FSB | 7100-000 | N/A | 10,590.54 | 10,590.54 | 2,194.71 |
| 8 | American Express Bank FSB | 7100-000 | N/A | 716.96 | 716.96 | 148.58 |
| 9 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 4,857.81 | 4,857.81 | 1,006.70 |
| 10 | LVNV Funding LLC | 7100-000 | N/A | 1,001.42 | 1,001.42 | 207.53 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | LVNV Funding LLC | 7100-000 | N/A | 1,082.75 | 1,082.75 | 224.38 |
| 12 | eCAST Settlement Corporation | 7100-000 | N/A | 744.67 | 744.67 | 154.32 |
| 13 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | N/A | 6,677.14 | 6,677.14 | 1,383.72 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $53,421.92 | $53,421.92 | $11,070.77 |

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-11912　　　　　　　　　　　　　　　　Trustee:　　(520171)　JOHN E. GIERUM
Case Name:　CHRISTENSEN, DANIEL J　　　　　　　　Filed (f) or Converted (c):　05/09/08 (f)
　　　　　　　　　　　　　　　　　　　　　　　　　　§341(a) Meeting Date:　　06/09/08
Period Ending: 06/09/12　　　　　　　　　　　　　　Claims Bar Date:

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real estate (s) | 75,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking accounts (s) | 300.00 | 0.00 | DA | 0.00 | FA |
| 3 | National City checking (s) | 15,554.00 | 13,332.32 | | 13,332.32 | FA |
| 4 | Household goods and related (s) | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books, etc. (s) | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing Apparel (s) | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Jewelry (s) | 150.00 | 0.00 | DA | 0.00 | FA |
| 8 | Life Insurance (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Stimulus check (s) | 600.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2002 Mitsubishi (s) | 4,562.50 | 762.50 | DA | 0.00 | FA |
| 11 | 1992 BMW | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 12 | Family pets (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 22.74 | FA |
| 13 | Assets　Totals (Excluding unknown values) | $98,666.50 | $14,094.82 | | $13,355.06 | $0.00 |

**Major Activities Affecting Case Closing:**

awaiting checks to clear bank

Initial Projected Date Of Final Report (TFR):　December 31, 2009　　　Current Projected Date Of Final Report (TFR):　November 23, 2011 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-11912 | | Trustee: | JOHN E. GIERUM (520171) |
| Case Name: | CHRISTENSEN, DANIEL J | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****66-65 - Money Market Account |
| Taxpayer ID #: | **-***6272 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/09/12 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/18/08 | {3} | Daniel Christensen | Cash balance from bank account | 1129-000 | 13,332.32 | | 13,332.32 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.65 | | 13,332.97 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.69 | | 13,334.66 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.58 | | 13,336.24 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.74 | | 13,337.98 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.45 | | 13,339.43 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.04 | | 13,340.47 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.94 | | 13,341.41 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 13,341.95 |
| 02/19/09 | | To Account #********6666 | BOND REIMBURSEMENT | 9999-000 | | 11.61 | 13,330.34 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.50 | | 13,330.84 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 13,331.42 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 13,331.96 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 13,332.48 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 13,333.06 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.56 | | 13,333.62 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.56 | | 13,334.18 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 13,334.72 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 13,335.26 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.56 | | 13,335.82 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.56 | | 13,336.38 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 13,336.90 |
| 02/12/10 | | To Account #********6666 | TRANSFER OF FUNDS | 9999-000 | | 10.37 | 13,326.53 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.50 | | 13,327.03 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 13,327.62 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.34 | | 13,327.96 |
| 04/20/10 | | Wire out to BNYM account 9200******6665 | Wire out to BNYM account 9200******6665 | 9999-000 | -13,327.96 | | 0.00 |
| | | | ACCOUNT TOTALS | | 21.98 | 21.98 | $0.00 |
| | | | Less: Bank Transfers | | -13,327.96 | 21.98 | |
| | | | Subtotal | | 13,349.94 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $13,349.94 | $0.00 | |

{} Asset reference(s)

Printed: 06/09/2012 12:05 PM V.13.02

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-11912
**Case Name:** CHRISTENSEN, DANIEL J

**Taxpayer ID #:** **-***6272
**Period Ending:** 06/09/12

**Trustee:** JOHN E. GIERUM (520171)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****66-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/19/09 | | From Account #********6665 | BOND REIMBURSEMENT | 9999-000 | 11.61 | | 11.61 |
| 02/19/09 | 101 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #08-11912, Reimbursement for Ch. 7 Blanket Bond | 2200-000 | | 11.61 | 0.00 |
| 02/12/10 | | From Account #********6665 | TRANSFER OF FUNDS | 9999-000 | 10.37 | | 10.37 |
| 02/12/10 | 102 | John E. Gierum | Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/10 for Case No. 08-11912 | 2200-000 | | 10.37 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 21.98 | 21.98 | $0.00 |
| | | | Less: Bank Transfers | | 21.98 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 21.98 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$21.98** | |

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 08-11912 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | CHRISTENSEN, DANIEL J | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******66-65 - Checking Account |
| Taxpayer ID #: | **-***6272 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/09/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6665 | Wire in from JPMorgan Chase Bank, N.A. account ********6665 | 9999-000 | 13,327.96 | | 13,327.96 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.28 | | 13,328.24 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.79 | | 13,329.03 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.77 | | 13,329.80 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.79 | | 13,330.59 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.78 | | 13,331.37 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,331.47 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,331.58 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,331.68 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,331.79 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,331.90 |
| 02/04/11 | | To Account #9200******6666 | TRANSFER OF FUNDS | 9999-000 | | 11.64 | 13,320.26 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,320.36 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,320.47 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,320.57 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,320.68 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,320.78 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,320.89 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.55 | 13,295.34 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,295.45 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.97 | 13,264.48 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.91 | 13,265.39 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,265.49 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.26 | 13,238.23 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,238.34 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.29 | 13,212.05 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,212.15 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.96 | 13,183.19 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,183.30 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.08 | 13,156.22 |
| 01/09/12 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 13,156.24 |
| 01/09/12 | | To Account #9200******6666 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | | 13,156.24 | 0.00 |

Subtotals :  $13,333.08   $13,333.08

{} Asset reference(s)                                                                                                         Printed: 06/09/2012 12:05 PM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 08-11912 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | CHRISTENSEN, DANIEL J | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******66-65 - Checking Account |
| Taxpayer ID #: | **-***6272 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 06/09/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 13,333.08 | 13,333.08 | $0.00 |
| | | | Less: Bank Transfers | | 13,327.96 | 13,167.88 | |
| | | | **Subtotal** | | 5.12 | 165.20 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5.12** | **$165.20** | |

## Form 2

### Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 08-11912 | | Trustee: | JOHN E. GIERUM (520171) |
| Case Name: | CHRISTENSEN, DANIEL J | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******66-66 - Checking Account |
| Taxpayer ID #: | **-***6272 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/09/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/04/11 | | From Account #9200******6665 | TRANSFER OF FUNDS | 9999-000 | 11.64 | | 11.64 |
| 02/07/11 | 10103 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2011 FOR CASE #08-11912, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/11 | 2200-000 | | 11.64 | 0.00 |
| 01/09/12 | | From Account #9200******6665 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | 13,156.24 | | 13,156.24 |
| 01/11/12 | 10104 | JOHN E. GIERUM | Dividend paid 100.00% on $2,085.47, Trustee Compensation; Reference: | 2100-000 | | 2,085.47 | 11,070.77 |
| 01/11/12 | 10105 | Discover Bank/DFS Services LLC | First and Final Distribution | 7100-000 | | 577.09 | 10,493.68 |
| 01/11/12 | 10106 | US BANK/RETAIL PAYMENT SOLUTIONS | First and Final Distribution | 7100-000 | | 1,923.57 | 8,570.11 |
| 01/11/12 | 10107 | CHASE BANK USA, NA | First and Final Distribution | 7100-000 | | 394.73 | 8,175.38 |
| 01/11/12 | 10108 | CHASE BANK USA, NA | First and Final Distribution | 7100-000 | | 290.31 | 7,885.07 |
| 01/11/12 | 10109 | Advanta Bank Corp | First and Final Distribution | 7100-000 | | 1,177.35 | 6,707.72 |
| 01/11/12 | 10110 | American Express Centurion Bank | First and Final Distribution | 7100-000 | | 1,387.78 | 5,319.94 |
| 01/11/12 | 10111 | American Express Bank FSB | First and Final Distribution | 7100-000 | | 2,194.71 | 3,125.23 |
| 01/11/12 | 10112 | American Express Bank FSB | First and Final Distribution | 7100-000 | | 148.58 | 2,976.65 |
| 01/11/12 | 10113 | PYOD LLC its successors and assigns as assignee of | First and Final Distribution | 7100-000 | | 1,006.70 | 1,969.95 |
| 01/11/12 | 10114 | LVNV Funding LLC | First and Final Distribution | 7100-000 | | 207.53 | 1,762.42 |
| 01/11/12 | 10115 | LVNV Funding LLC | First and Final Distribution | 7100-000 | | 224.38 | 1,538.04 |
| 01/11/12 | 10116 | eCAST Settlement Corporation | First and Final Distribution | 7100-000 | | 154.32 | 1,383.72 |
| 01/11/12 | 10117 | FIA CARD SERVICES, N.A./BANK OF AMERICA | First and Final Distribution | 7100-000 | | 1,383.72 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,167.88 | 13,167.88 | $0.00 |
| | | | Less: Bank Transfers | | 13,167.88 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 13,167.88 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$13,167.88** | |

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-11912 | **Trustee:** JOHN E. GIERUM (520171) |
| **Case Name:** CHRISTENSEN, DANIEL J | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******66-66 - Checking Account |
| **Taxpayer ID #:** **-***6272 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 06/09/12 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****66-65 | 13,349.94 | 0.00 | 0.00 |
| Checking # ***-*****66-66 | 0.00 | 21.98 | 0.00 |
| Checking # 9200-******66-65 | 5.12 | 165.20 | 0.00 |
| Checking # 9200-******66-66 | 0.00 | 13,167.88 | 0.00 |
| | $13,355.06 | $13,355.06 | $0.00 |

**Check Number: 10104**   **Pay Date: 01/12/2012  Amount: $2,085.47**

THE BANK OF NEW YORK MELLON — VOID AFTER 90 DAYS — 10104

Case: 08-11912 ABG
Debtor: CHRISTENSEN, DANIEL J
9200073854666
Dividend paid 100.00% on $2,085.47, Trustee Compensation; Reference:

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

Date 01/11/2012    $ *******2,085.47

---Two Thousand Eighty-Five Dollars and 47/100

Pay to the Order of: JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

JOHN E. GIERUM, Trustee

**Check Number: 10105**   **Pay Date: 01/19/2012  Amount: $577.09**

THE BANK OF NEW YORK MELLON — VOID AFTER 90 DAYS — 10105

Case: 08-11912 ABG
Debtor: CHRISTENSEN, DANIEL J
9200073854666
First and Final Distribution

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

Date 01/11/2012    $ *******577.09

---Five Hundred Seventy-Seven Dollars and 09/100

Pay to the Order of: Discover Bank/DFS Services LLC
PO Box 3025
New Albany OH 43054-3025

JOHN E. GIERUM, Trustee

00857318  00000011  011812  307

**THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND**

THE BANK OF NEW YORK MELLON    JAN 19 2012    VOID AFTER 90 DAYS    10106
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262                       60-249/433

Case: 08-11912 ABG    Debtor: CHRISTENSEN, DANIEL J
9200073854666
First and Final Distribution

TID #520171
JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

4037691201007

Date    01/11/2012    $ *******1,923.57

---One Thousand Nine Hundred Twenty-Three Dollars and 57/100

Pay to the Order of:
US BANK/RETAIL PAYMENT SOLUTIONS
PO BOX 5229
CINCINNATI OH 45201

                JOHN E. GIERUM, Trustee

⑈000101060⑈ ⑆043302493⑆ 92000738546666⑈

U.S. BANK
FOR DEPOSIT ONLY
CH-GF-PL-ZY

**Check Number: 10107         Pay Date: 01/25/2012  Amount: $394.73**

**THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND**

THE BANK OF NEW YORK MELLON                 VOID AFTER 90 DAYS    10107
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262                    60-249/433

Case: 08-11912 ABG    Debtor: CHRISTENSEN, DANIEL J
9200073854666
First and Final Distribution

TID #520171
JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

Date    01/11/2012    $ *********394.73

---Three Hundred Ninety-Four Dollars and 73/100

Pay to the Order of:
CHASE BANK USA, NA
PO BOX 15145
WILMINGTON DE 19850

4366 1110 1005 4984
                JOHN E. GIERUM, Trustee

⑈000101070⑈ ⑆043302493⑆ 92000738546666⑈

**Check Number: 10108**     **Pay Date: 01/25/2012**    **Amount: $290.31**

```
THE BANK OF NEW YORK MELLON                            VOID AFTER 90 DAYS        10108
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262                            60-249/433
Case              Debtor                    TID #520171
08-11912 ABG      CHRISTENSEN, DANIEL J.    JOHN E. GIERUM
92000738546666                              SUITE 1015
First and Final Distribution                9700 WEST HIGGINS ROAD
                                            ROSEMONT IL 60018

                                            Date    01/11/2012      $ *********290.31

---Two Hundred Ninety Dollars and 31/100

Pay to the
Order of   CHASE BANK USA, NA
           PO BOX 15145
           WILMINGTON DE 19850

                                                       JOHN E. GIERUM, Trustee

4227 6510 29670543

⑈000l0l08⑈ ⑆043302493⑆ 92000738546666⑈
```

**Check Number: 10109**     **Pay Date: 01/19/2012**    **Amount: $1,177.35**

```
THE BANK OF NEW YORK MELLON                            VOID AFTER 90 DAYS        10109
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262                            60-249/433
Case              Debtor                    TID #520171
08-11912 ABG      CHRISTENSEN, DANIEL J.    JOHN E. GIERUM
92000738546666                              SUITE 1015
First and Final Distribution                9700 WEST HIGGINS ROAD
                                            ROSEMONT IL 60018

                                            Date    01/11/2012      $ ********1,177.35

---One Thousand One Hundred Seventy-Seven Dollars and 35/100

Pay to the
Order of   Advanta Bank Corp
           c o Becket and Lee LLP
           POB 3001
           Malvern PA 19355-0701

                                                       JOHN E. GIERUM, Trustee

⑈000l0l09⑈ ⑆043302493⑆ 92000738546666⑈
```

```
282916084541  164053    20120118 000092000738546666
 TRN_DEBIT    GJSIAPNO           117735
 Paoli 0600            94004 2829 10 0105
```

**Check Number: 10110          Pay Date: 01/19/2012   Amount: $1,387.78**

THE BANK OF NEW YORK MELLON                VOID AFTER 90 DAYS          10110
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262                  60-249/433

| Case | Debtor | TIN #528171 |
|---|---|---|
| 08-11912 ABQ | CHRISTENSEN, DANIEL J | JOHN E. GIERUM |
| 9200073854666 | | SUITE 1015 |
| First and Final Distribution | | 9700 WEST HIGGINS ROAD |
| | | ROSEMONT IL 60018 |

Date  01/11/2012        $ ******1,387.78

---One Thousand Three Hundred Eighty-Seven Dollars and 78/100

Pay to the
Order of   American Express Centurion Bank
           c o Becket and Lee LLP
           POB 3001
           Malvern PA 19355-0701

                                            JOHN E. GIERUM, Trustee

⑆000 10110⑆  ⑈043302493⑈ 9200073854666 ⑈

282914088039 155359    20120118 000092000738546666
  TRN_DEBIT    FLEMINBM    000
  Paoli 0600         94004 2829 3  0087

FOR DEPOSIT ONLY
BECKET & LEE LLP
ALL RIGHTS RESERVED
ATTORNEYS FOR PAYEE
TRUST ACCOUNT

**Check Number: 10111          Pay Date: 01/19/2012   Amount: $2,194.71**

THE BANK OF NEW YORK MELLON                VOID AFTER 90 DAYS          10111
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262                  60-249/433

| Case | Debtor | TIN #528171 |
|---|---|---|
| 08-11912 ABQ | CHRISTENSEN, DANIEL J | JOHN E. GIERUM |
| 9200073854666 | | SUITE 1015 |
| First and Final Distribution | | 9700 WEST HIGGINS ROAD |
| | | ROSEMONT IL 60018 |

Date  01/11/2012        $ ******2,194.71

---Two Thousand One Hundred Ninety-Four Dollars and 71/100

Pay to the
Order of   American Express Bank FSB
           c o Becket and Lee LLP
           POB 3001
           Malvern PA 19355-0701

                                            JOHN E. GIERUM, Trustee

⑆000 10111⑆  ⑈043302493⑈ 9200073854666 ⑈

282914088040 155400    20120118 000092000738546666
  TRN_DEBIT    FLEMINBM    000
  Paoli 0600         94004 2829 3  0087

FOR DEPOSIT ONLY
BECKET & LEE LLP
ALL RIGHTS RESERVED
ATTORNEYS FOR PAYEE
TRUST ACCOUNT

Check Number: 10112        Pay Date: 01/19/2012  Amount: $148.58

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0610, Pittsburgh, PA 15262

VOID AFTER 90 DAYS          10112
                            60-249/433

Case: 08-11912 ABG    Debtor: CHRISTENSEN, DANIEL J
9200073854 6666
First and Final Distribution

VID #52017J
JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

Date  01/11/2012    $*******148.58

---One Hundred Forty-Eight Dollars and 58/100---

Pay to the
Order of  American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

JOHN E. GIERUM, Trustee

⑆000010112⑆ ⑈043302493⑈ 92000738546666⑆

282914088038 155358    20120118 0000092000738546666
  TRN_DEBIT      FLEMINBM       000
  Paoli 0600         94004 2829 3  0087

Check Number: 10113        Pay Date: 01/26/2012  Amount: $1,006.70

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0610, Pittsburgh, PA 15262

VOID AFTER 90 DAYS          10113
                            60-249/433

Case: 08-11912 ABG    Debtor: CHRISTENSEN, DANIEL J
9200073854 6666
First and Final Distribution

VID #52017J
JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

Date  01/11/2012    $*******1,006.70

---One Thousand Six Dollars and 70/100---

Pay to the
Order of  PYOD LLC its successors and assigns as assignee of
Citibank
Resurgent Capital Services, PO Box 10587
Greenville SC 29603-0587

JOHN E. GIERUM, Trustee

⑆000010113⑆ ⑈043302493⑈ 92000738546666⑆

**Check Number: 10114     Pay Date: 01/26/2012   Amount: $207.53**



**Check Number: 10115     Pay Date: 01/26/2012   Amount: $224.38**

**Check Number: 10116        Pay Date: 01/20/2012  Amount: $154.32**

THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS          10116
60-249/433

TID #520171

| Case | Debtor |
|---|---|
| 08-11912 ABG | CHRISTENSEN, DANIEL J |
| 92000738546666 | |
| First and Final Distribution | |

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

Date  01/11/2012        $ *********154.32

---One Hundred Fifty-Four Dollars and 32/100

Pay to the
Order of  eCAST Settlement Corporation
POB 35480
Newark NJ 7193

JOHN E. GIERUM, Trustee

⑆000010116⑆ ⑉043302493⑉ 92000738546666⑆     /00000015432/

JPMORGANCHASE BK NA      CR TO BMD
011912    >0748639824      PAYEE ALL
15910944    0035489        RTS RSVD
00855578    893            00000000903783

**Check Number: 10117        Pay Date: 01/23/2012  Amount: $1,383.72**

THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS          10117
60-249/433

TID #520171

| Case | Debtor |
|---|---|
| 08-11912 ABG | CHRISTENSEN, DANIEL J |
| 92000738546666 | |
| First and Final Distribution | |

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

Date  01/11/2012        $ *******1,383.72

---One Thousand Three Hundred Eighty-Three Dollars and 72/100

Pay to the
Order of  FIA CARD SERVICES, N.A./BANK OF AMERICA
by American InfoSource L.P. as its agent
4515 N Santa Fe Ave
Oklahoma City OK 73118

JOHN E. GIERUM, Trustee

⑆000010117⑆ ⑉043302493⑉ 92000738546666⑆

MidFirst Bank   303087995       1001600000095
                                50

FOR DEPOSIT ONLY
AMERICAN INFOSOURCE LP
AT MIDFIRST BANK

Page 9 of 10